**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**GLORIA SIMMONS,**

    **Plaintiff,**

v.                                                   Case No. 8:06-cv-1613-T-27TBM

**CITIFINANCIAL, INC.,**

    **Defendant.**
_____/

## O R D E R

THIS MATTER is before the court on Defendant's **Motion to Strike or, in the Alternative, to Stay Defendant's Responses to Plaintiff's Discovery Requests** (Doc. 4). By its motion, Defendant seeks an Order striking the Request for Production, Interrogatories, and Request for Admission that Plaintiff served on it simultaneously with the filing of the Complaint. In the alternative, Defendant requests that the court stay the running of time within which it has to respond to Plaintiff's discovery until after the parties have conducted their Fed. R. Civ. P. 26(f) conference. Plaintiff has failed to file a response in opposition, and thus, the motion is deemed unopposed. See M.D. Fla. R. 3.01(b).

Accordingly, Defendant's **Motion to Strike or, in the Alternative, to Stay Defendant's Responses to Plaintiff's Discovery Requests** (Doc. 4) is **GRANTED** to the extent that discovery is stayed until twenty days after the parties confer in accordance with Fed. R. Civ. P. 26(f). See Fed. R. Civ. P. 26(d). In all other aspects, the motion is denied.

**Done and Ordered** in Tampa, Florida, this 26th day of September 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record